UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JESSICA WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| | ) **CASE NO. 5:25-CV-00102-M-RJ** |
| KRISTI WILSON, *U.S.D.A RURAL DEVELOPMENT*, | ) |
| Defendant. | ) |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on June 3, 2025 [DE 17], the court ADOPTS the Memorandum and Recommendations [DE 16] as its own. For the reasons stated therein, Plaintiffs Amended Complaint [DE 12] is DISMISSED.

This Judgment filed and entered on June 3, 2025, and copies to:
Jessica Williams (via US mail) 626 Heritage Way, Cameron, NC 28326)

| | |
|---|---|
| June 3, 2025 | Peter A. Moore, Jr. |
| | Clerk of Court |
| | |
| | By: /s/ Tyjuana Griffin |
| | Deputy Clerk |